JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 869 -- In re First American Center Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 90/11/15 | 1 | MOTION, MEMORANDUM, EXHIBITS A & B, SCHEDULE OF ACTIONS (A-1 - A-2) -- plaintiff Richard A. Biorn -- SUGGESTED TRANSFEREE DISTRICTS: N.D. CALIFORNIA, S.D. IOWA; SUGGESTED TRANSFEREE JUDGES: HON. CHARLES A. LEGGE, HON. HAROLD D. VIETOR (sg) |
| 90/11/26 | | APPEARANCES -- DANIEL C. GIRARD, ESQ. for Richard A. Biorn; MICHAEL R. YOUNG, ESQ. for First American Center Limited Partnership; Shearson Lehman First American Center Inc.; Shearson Lehman Brothers Inc., formerly known as Shearson Lehman Hutton Inc.; Shearson Lehman Brothers Group Inc.; A. George Kallop; Paul W. Perkins; Gary D. Gallagher; William M. Kahn and Robert F. Greenwald; TIMOTHY J. WALKER, ESQ. for John W. Galbreath and Company; RICHARD A. STEFFEN, ESQ. for Marshall and Stevens Inc. (sg) |
| 90/11/30 | 2 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE -- The Shearsin Defendants -- EXTENSION OF TIME GRANTED TO AND INCLUDING DECEMBER 17, 1990 -- Notified involved counsel (sg) |
| 90/12/03 | 3 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE -- filed by deft. Marshall and Stevens, Inc. w/cert. of svc. -- **EXTENSION OF TIME GRANTED TO AND INCLUDING 12/17/90 TO ALL PARTIES** (ds) |
| 90/12/03 | 4 | REQUEST FOR EXTENSION OF TIME -- filed by deft. KPMG Peat Marwick w/cert. of svc. -- **EXTENSION PREVIOUSLY GRANTED TO ALL PARTIES** (ds) |
| 90/12/05 | 5 | REQUEST FOR EXTENSION OF TIME -- filed by deft. John W. Galbreath & Co. -- EXTENTION PREVIOUSLY GRANTED TO ALL PARTIES to and including December 17, 1990 -- Notified involved counsel (ds) |
| 90/12/06 | 6 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE -- pltf. Robert D. Dilley w/cert. of svc. -- EXTENSION PREVIOUSLY GRANTED TO ALL PARTIES TO AND INCLUDING DECEMBER 17, 1990 -- Notified involved counsel (ds) |
| 90/12/06 | | APPEARANCE -- KENNETH G. GILMAN, ESQ. for Robert D. Dilley (ds) |
| 90/12/10 | | HEARING ORDER -- Setting motion for transfer for Panel Hearing on January 25, 1991 in Houston, Texas (rh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 869 -- In re First American Center Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 90/12/17 | 7 | AFFIDAVIT OF DAVID RAMSEY IN SUPPORT OF RESPONSE (to pldg. #1) -- deft. John W. Galbreath & Co. w/cert. of svc. (ds) |
| 90/12/17 | 8 | RESPONSE (to pldg. #1) -- deft. Marshall and Stevens Incorporated w.cert. of svc. (ds) |
| 90/12/17 | 9 | REPONSE (to pldg. #1) -- deft. John W. Galbreath & Co. w/cert. of svc. (ds) |
| 90/12/17 | 10 | RESPONSE (to pldg. #1) -- defts. First American Center Limited Partnership, Shearson Lehman First American Center, Inc., Shearson Lehman Brothers, Inc., Shearson Lehman Brothers Group, Inc., A. George Kallop, Paul W. Perkins, Gary D. Gallagher, William M. Kahn and Robert F. Greenwald w/cert. of svc. and exhibits (ds) |
| 90/12/17 | 11 | JOINDER IN PLDG. #10 -- deft. KPMG Peat Marwick w/cert. of svc. (ds) |
| 90/12/21 | 12 | AFFIDAVIT OF MARK SANTARSIERO w/cert. of svc. (ds) |
| 90/12/26 | 13 | REPLY BRIEF -- Pltf. Richard A. Biorn w/exhibits A and B and cert. of svc. (ds) |
| 90/12/26 | 14 | RESPONSE -- pltf. Robert D. Dilley w/exhibit A and cert. of svc. (ds) |
| 91/01/10 | 15 | ADDITIONAL INFORMATION -- Filed by Richard A. Biorn -- w/cert. of svc. (recieved 1/9/91) (rh) |
| 91/01/22 | 16 | RESPONSE TO PLDG. #15 -- First American Center Limited Partnership; Shearson Lehman First American Center Inc.; Shearson Lehman Brothers Inc.; Shearson Lehman Brothers Group Inc.; A. George Kallop; Paul W. Perkins; Gary D. Gallagher; William M. Kahn and Robert F. Greenwald -- w/Exhibit A and cert. of svc. (received 1/18/91) (rh) |
| 91/01/25 | | HEARING APPEARANCES -- DANIEL C. GIRARD, ESQ. for Richard A. Biorn, etc.; KENNETH G. GILMAN, ESQ. for Robert D. Dilley, etc.; STEPHEN GREINER, ESQ .for First American Center Limited Partnership, Shearson Lehman First Amerivan Center, Inc., Shearson Lehman Brothers, Inc. f/k/a Shearson Lehman Hutton, Inc., Shearson Lehman Brothers Group, Inc., A. George Kallop, Paul W. Perkins, Gary D. Gallagher, William A. Kahn, Robert F. Greenwald, Marshall & Stevens, Inc. and Galbreath & Co.; WILLIAM S. COATS, ESQ. for KPMG Peat Marwick (ds) |

JPML FORM 1A
p. 3

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 869 -- In re First American Center Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/02/06 | | CONSENT OF TRANSFEREE COURT -- For transfer of litigation to the Southern District of New York to the Hon. Charles L. Brieant for pretrial proceedings (rh) |
| 91/02/06 | | TRANSFER ORDER -- Transferring A-1 and A-2 to the Southern District of New York pursuant to 28 U.S.C. §1407 -- Notified involved judges, clerks, counsel, Panel judges and misc. recipients (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 869 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re First American Center Securities Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| January 25, 1991 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | February 6, 1991 | TO | Unpublished | S.D. New York | Hon. Charles L. Brieant | |

Special Transferee Information

DATE CLOSED: 3/31/94

JPML FORM 1

LISTING OF INVOLVED ACTIONS

S.D. NEW YORK
HON. CHARLES L. BRIEANT

DOCKET NO. 869 -- In re First American Center Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Richard A. Biorn, etc. v. First American Center Limited Partnership, et al. | Cal.,N. Legge | C-90-3167 CAL | 2-6-91 | | | |
| A-2 | Robert D. Dilley v. First American Center Limited Partnership, et al. | Iowa,S. Vietor | 90-362-B | 2-6-91 | 91-1742 | | |

2 tk / 2 Pending ?

July 1992 - Same
September 1993 - Same

Automated see case listing

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 869 -- In re First American Center Securities Litigation

---

RICHARD A. BIORN (A-1)
Daniel C. Girard, Esquire
Lieff, Cabraser & Heimann
275 Battery Street
30th Floor
San Francisco, CA 94111

ROBERT D. DILLY (A-2)
John T. Maher, Esquire
Gilman & Pastor
300 Ocean Avenue
Revere Beach, MA 02151

---

FIRST AMERICAN CENTER LIMITED PARTNERSHIP; SHEARSON LEAHMAN FIRST AMERICAN CENTER, INC.; SHEARSON LEHMAN BROTHERS, INC., formerly known as Shearson Lehman Hutton Inc.; SHEARSON LEHMAN BROTHERS GROUP, INC.; A GEORGE KALLOP, PAUL W. PERKINS, GARY D. GALLAGHER, WILLIAM M. KAHN; and ROBERT F. GREENWALD
Michael R. Young, Esquire
Willkie Farr & Gallagher
One Citicorp Center
153 East 53rd Street
New York, New York 10022-4669

JOHN W. GALBREATH & CO.
Timothy J. Walker, Esquire
Whitfield, Musgrove & Eddy
1300 First Interstate Bank Bldg.
Des Moines, Iowa 50309

MARSHALL & STEVENS, INC.
Richard A. Steffen, Esquire
Herrick, Langdon & Langdon
1800 Financial Center
Des Moines, Iowa 50309

KPMG PEAT MARWICK    (No app. rec'd)
Robert E. Cooper, Esquire
William S. Coats, Esquire
Gibson, Dunn & Crutcher
50 West San Fernando Street
San Jose, California 95113

JPML FORM 3

p. _1_

## COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 869 -- In re: First American Center Securities Litigation

| | Name of Party | Named as Party in Following Actions |
|---|---|---|
| ✓ | First American Center Limited Partnership | A-1, A-2 |
| ✓ | Shearson Lehman First American Center, Inc. | A-1, A-2 |
| ✓ | ~~Shearson Lehamn Hutton Inc.~~ | A-1 |
| ✓ | Shearson Lehman Brothers Group, Inc. | A-1, A-2 |
| ✓ | A. George Kallop | A-1, A-2 |
| ✓ | Paul W. Perkins | A-1, A-2 |
| ✓ | Gary D. Gallagher | A-1, A-2 |
| ✓ | William M. Kahn | A-1, A-2 |
| ✓ | Robert F. Greenwald | A-1, A-2 |
| | KPMG Peat Marwick | A-1 |
| | First American Center Partners Shearson Lehman, Inc. (f/k/a Shearson Lehman Brothers, Inc.) | A-1, A-2 |

p. _1_

p. _____

| | |
|---|---|
| John W. Galbreath & Co., Galbreath Nashville Partners A. George Kallop | A-1, A-2 |
| Robert F. Greenwald Marshall and Stevens Incorporated | A-1, A-2 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |